**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

David R. Farrell,                      Civil No. 09-1799 (RHK/JJG)

            Plaintiff,            **ORDER FOR DISMISSAL**

v.

Hartford Life and Accident Insurance Company,

            Defendant.

---

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. No. 9), **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE** and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: February 22, 2010              s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge